HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HIROKO SCHNEIDER, a Washington resident,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL CORPORATION OF AMERICA, a Corporation,<br><br>Defendant. | NO. 2:21-CV-00157-RSL<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE ITS ANSWER OR FIRST RESPONSE TO THE COMPLAINT** |

Based on Defendant's Unopposed Motion for Extension of Time in which to File an Answer or Response to Plaintiff's Complaint, it is HEREBY ORDERED that the time for Defendant's answer or first response to the complaint shall be extended by two weeks to March 2, 2021.

DATED this __17th__ day of __February__, 2021.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK
United States District Court Judge

ORDER GRANTING EXTENSION OF TIME AS TO
DEFENDANT'S MOTION TO EXTEND TIME FOR
ANSWER OR FIRST RESPONSE – Page 1
NO. 2:21-CV-00157-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3855
Facsimile : (503) 616-3600