HONORABLE ROBERT S. LASNIK

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

HIROKO SCHNEIDER, a Washington resident,      Case No. 2:21-cv-00157-RSL

10

                    Plaintiff,                **ORDER PURSUANT TO FRE 502(d)**

11

        vs.

12

FINANCIAL CORPORATION OF AMERICA,
a Corporation,

13

                    Defendant.

14

15

        Based on the Stipulated Motion for FRE 502(d) Order, it is HEREBY ORDERED that:

16

        1.      The production of privileged or work-product protected documents,

17

electronically stored information ("ESI"), or other information, whether inadvertent or

18

otherwise, is not a waiver of the privilege or of any protection from discovery in this case or in

19

any other federal or state proceeding.  This Order shall be interpreted to provide the maximum

20

protection allowed by Federal Rule of Evidence 502(d); and

21

/ / /

22

/ / /

23

/ / /

24

/ / /

25

/ / /

26

ORDER PURSUANT TO FRE 502(D) - Page 1          **GORDON REES SCULLY MANSUKHANI, LLP**
(2:21-CV-00157-RSL)                            1300 SW Fifth Avenue, Suite 2000
                                               Portland, OR  97201
                                               Telephone:  (503) 382-3844
                                               Facsimile :  (503) 616-3600

2.     Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

DATED this ___5th___ day of ___April_____, 2021.

_____

HONORABLE ROBERT S. LASNIK
United States District Court Judge

ORDER PURSUANT TO FRE 502(D) - Page 2
(2:21-CV-00157-RSL)

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 382-3844
Facsimile :  (503) 616-3600